# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Joaquin Silvas-Inzunza**<br>YOB: 1975; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-08744MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about November 19, 2021, at or near Sasabe, in the District of Arizona, **Joaquin Silvas-Inzunza**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Calexico, California on March 5, 2016, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Joaquin Silvas-Inzunza** is a citizen of Mexico. On March 5, 2016, **Joaquin Silvas-Inzunza** was lawfully denied admission, excluded, deported and removed from the United States through Calexico, California. On November 19, 2021, agents found **Joaquin Silvas-Inzunza** in the United States at or near Sasabe, Arizona, without the proper immigration documents. **Joaquin Silvas-Inzunza** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

DETENTION REQUESTED
    Being duly sworn, I declare that the foregoing is
CJC3/AJC
AUTHORIZED AUSA /s/Christopher Curran

Sworn by telephone _x_

SIGNATURE OF MAGISTRATE JUDGE[1]

SIGNATURE OF COMPLAINANT (official title)

OFFICIAL TITLE
Border Patrol Agent
Andrew J. Carpenter

DATE
November 22, 2021

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54